

Monday, February 27, 2017

No. 17–0251/AR. U.S. v. Aaron M. Nies. CCA 20140965. Appellant's motion to extend time to file the supplement to the petition for grant of review is granted.

No. 17–0253/AR. U.S. v. Douglas E. Reynolds, Jr. CCA 20140856. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 16, 2017.

No. 17–0254/AR. U.S. v. Michael D. Thompson. CCA 20140974. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 16, 2017.